

**ORDERED in the Southern District of Florida on January 29, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

```
            UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
IN RE:

ALEXANDER MONTOYA                    CASE NO: 09-28472-BKC-AJC


              DEBTOR(S)
_____/
```

ORDER REINSTATING CHAPTER 13 CASE

This matter came to be heard on January 27, 2015, on the debtor's motion to reinstate case. The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees. Base on the record, it is

ORDERED as follows:

1) The motion is granted and this case is REINSTATED. Pursuant to 11 U.S.C. ss. 362(c)(2)(B), the automatic stay termininated on the date this case was dismissed and was not in effect from that date until the entry of this order.

2) The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

3) The following checked provisions(s) also apply:

[ ] This case was dismissed prior to the conclusion of the meeting of creditors, under 11 U.S.C. ss341. A new ss341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice shall also establish a new deadline to file a proof of claim and deadline to file a motion objecting to discharge under ss1328(f) or to file a complaint objecting to dischargeability of certain debts.

Page 1 of 2

LF-66 (rev 04/12/2013)

[ ] This case was dismissed after the ss. 341 meeting of creditors was concluded but prior to or at the hearing on confirmation. (If applicable) A further ss. 341 meeting will be conducted on             at            at 51 SW First Avenue, Room 102, Miami FL. A new confirmation hearing is scheduled for            at            in Courtroom 7 at 301 N Miami Ave, Miami, FL. The deadline to file a motion objecting to discharge under ss 1328 (f) or to file a complaint objecting to dischargeability of certain debts, is                        . The deadline for filing claims (except for governmental units) is                        . Previously filed claims need not be refiled.

[ ] This case was dismissed after the ss. 341 meeting of creditors was conducted and afer the expiration of the deadline to file a motion objecting to discharge under ss.1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset.  (If applicable) A further ss.341 meeting will be conducted on                        at 51 SW First Avenue, Room 102, Miami, Florida.  A new confirmation hearing is scheduled for                        at in Courtroom 7 at 301 N Miami Ave, Miami, FL.

[X] This case was dismissed after the ss. 341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under ss. 1328(f) or to file a complaint objecting to dischargeabilaity of certain debts and the original claims bar date. No new ss. 341 meeting, confirmation hearing, or dedalines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[X] If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the trustee prior to entry of an order of conversion or dismissal shall be paid to adminstrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

###

Copies to:
All parties of record by the Clerk of Court